UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONNIE DANTE THOMAS,

    Plaintiff(s),

v.

CARPENTER, et al.,

    Defendant(s).

Case No. 25-cv-13203

Honorable Robert J. White

## ORDER OF DISMISSAL

The Court entered an order on November 10, 2025, directing plaintiff(s) to pay the filing fee or file an application to proceed *in forma pauperis* by December 10, 2025. (ECF No. 6.)  The order notified plaintiff(s) that "this case may be dismissed" for noncompliance. (*Id.*).  The deadline has now passed.  Plaintiff(s) failed to correct the deficiency.  Accordingly,

IT IS ORDERED that the complaint (ECF No. 1) is dismissed without prejudice. *See* E.D. Mich. LR 41.2.

IT IS FURTHER ORDERED that plaintiff's motion for a temporary restraining order and preliminary injunction (ECF No. 5) is denied as moot.

Dated: December 15, 2025

s/Robert J. White
Robert J. White
United States District Judge