Ronnie L. Thomas
Saginaw Correction Facility
9625 Pierce Rd.
Freeland, Michigan
        48623

Case 2:25-cv-13203-RJW-DRG   ECF No. 12, PageID.43   Filed 03/24/26   Page 1 of 3

To: Office of the Clerk
    U.S. Dist. Court
    231 W. Lafayette Blvd. Rm. # 564
    Detroit, Michigan
          48226

FILED
MAR 24 2026
CLERK'S OFFICE
DETROIT

Re: Thomas v. Carpenter, et Al.
Case No: 25-cv-13203

Subject: Register Of Actions

Dear Office Of Clerk:

On About Mar. 9, 2026, I gave A Rule 60(a) Application to state officials for mailing. See, Attached, Mich. Dept. of Corr. (MDOC) disbursement authorization. Thus under the mail-box Rule of Houston v. Lack, 487 U.S. 266, 276 (1988) the instant Rule 60(a) App. is deemed filed. However, if it's not A disrup-to this office And it's Administration please forward A Register of Actions.

Thank You!

            Cordially,

MICHIGAN DEPARTMENT OF CORRECTIONS

**DISBURSEMENT AUTHORIZATION (EXPEDITED LEGAL MAIL – PRISONER)**

CSJ-318

REV. 11/15  4835-3318

**Please PRINT clearly, illegible and/or incomplete forms will not be processed.**

Lock _____ Institution _____

Prisoner Number _____  Prisoner Name (Type or Print Clearly) _____

[x] Legal Postage  [ ] Filing Fee  $ _____  [ ] Certified Mail (Must Be a Court Ordered Requirement)

[x] New Case  [x] Case Number _____

Pay To _____

Mailing Address _____

_____

_____

Prisoner Signature _____  Date & Time Submitted _____

Received by (Type or Print Name & Title) _____  Staff Signature _____

Date & Time Received by Authorizing Staff  3-9-20 / 0730 _____

**Authorization Denied**

[ ] Does not meet definition of legal mail or court filing fee as identified in OP 05.03.118

[ ] Not hand delivered to authorizing staff member   [ ] New case or case number not on form

[ ] Does not include court order for handling as certified mail   [ ] Other (explain)

[ ] Prisoner refused to sign & date in staff member's presence

Denied by (Type or Print Name & Title) _____  Signature _____

Placed in Mail by (Type or Print Name & Title) _____  Signature _____

Postage Amount $ _____  Date Placed in Outgoing Mail _____

Postage $ _____  Total Obligation $ _____  [ ] Court Filing Fee Denied Due to NSF

POOR QUALITY ORIGINAL

Filing Fee $ _____  Check # _____

Date Copy Sent to Prisoner _____

Processed by (Type or Print Name & Title) _____  Signature _____

DISTRIBUTION: [ ] Prisoner Accounting  [ ] Prisoner  [ ] Counselor's File  [ ] Prisoner

Ronnie D. Thomas, #254903
Saginaw Corr. Facility
9625 Pierce Rd.
Freeland, Michigan
48623

RECEIVED
MAR 24 2026
CLERK'S OFFICE
U.S. DISTRICT COURT

48226-279426

METROPLEX MI 48
20 MAR 2026 PM 17
FIRST CLASS
US POSTAGE PITNEY BOWES
ZIP 48623
02 7W
0008040211 MAR 18. 2026
$ 000.74

Office of the Clerk
U.S. Dist. Ct.
231 W. Lafayette Blvd.
Detroit, Michigan
48226